UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ERNEST L. STARKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 5:14-CV-2320-CLS-SGC |
| | ) |
| DAVID WILLIAMS, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**CLERK'S NOTICE REGARDING PRO SE FILINGS**

The *pro se* party is DIRECTED to send all filings to the **Office of the Clerk, U. S. District Court, 101 Holmes Avenue, Huntsville, Alabama 35801**. The *pro se* party **may not** utilize the Birmingham clerk's office until further notice.

Date: 12-03-2014                    SHARON HARRIS, CLERK

                                    By:   /s/ A. Ingleright
                                          Deputy Clerk