# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ERNEST L. STARKS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 5:14-cv-02320-CLS-SGC |
| **DAVID WILLIAMS, JR.,** *et al.*, | ) |
| **Defendants.** | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith, and with Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED, and DECREED that: plaintiff's federal constitutional claims are DISMISSED, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted; and plaintiff's state-law claims are DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. § 1367(c)(3).

Plaintiff is placed on notice that the dismissal of this action is a dismissal countable for purposes of 28 U.S.C. § 1915(g).

Costs are taxed to plaintiff.

For information regarding the cost of appeal, see the attached notice.

**DONE** and **ORDERED** this 12th day of April, 2016.

_____
United States District Judge

United States Court of Appeals
**Eleventh Circuit**
**56 Forsyth Street, N.W.**
**Atlanta, Georgia 30303**

**Amy C. Nerenberg**  **In Replying Give Number**
**Acting Clerk of Court**  **Of Case and Names of Parties**

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

    The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now REQUIRES that <u>all</u> prisoners pay the Court's $500 docket fee plus $5 filing fee (for a total of $505) when appealing any civil judgment.

    If you wish to appeal in a civil case that Act now requires that upon filing a notice of appeal you *either*:

(1) Pay the total $505 fee to the clerk of the district court from which this case arose; *or*

(2) arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

    If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the greater of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $505 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

    Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505 fee is collected, even if an appeal is unsuccessful.

    **Amy C. Nerenberg**
    **Acting Clerk of Court**

**PLRA Notice**